IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HAROLD CUNNINGHAM | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv203 |
| KEN HYLE, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Plaintiff Harold Cunningham, proceeding *pro se*, filed this civil rights lawsuit. The Court referred this matter to the Honorable Zack Hawthorn.

Plaintiff has filed a motion seeking a preliminary injunction or temporary restraining order. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied.

The Court has received and considered the Report and Recommendation, along with the record and pleadings. A copy of the Report and Recommendation was mailed to plaintiff at the address provided to the Court. No objections to the Report and Recommendation have been filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge [Dkt. 6] is **ADOPTED** as the opinion of the Court. The motion for preliminary injunction or temporary restraining order [Dkt. 2]is **DENIED.**

**SIGNED this 27th day of January, 2022.**

_____

Michael J. Truncale
United States District Judge